UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Case No:   17-00426-3G7

ROLAND ROBERT FINK

                                    Debtor(s)./

**TRUSTEE'S NOTICE OF 2004 EXAMINATION OF DEBTOR**

Gordon P. Jones, Chapter 7 Trustee, hereby gives notice that he shall examine ROLAND ROBERT FINK, the Debtor in this case, under oath on **Monday, April 24, 2017 at 1:00 p.m.** in the Video Conference Room, 1st Floor, 207 NW 2nd Street, Ocala, Florida 34475.

The examination is being conducted pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure and Local Rule 2004-1. The scope of the examination shall be described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

Dated:  April 3, 2017

                                                      */s/ Gordon P. Jones*
                                                      Gordon P. Jones
                                                      Florida Bar No.: 829439
                                                      Post Office Box 600459
                                                      Jacksonville, FL  32260-0459
                                                      (904) 262-7373
                                                      Trustee

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 3rd day of April, 2017 or electronically by the Bankruptcy Noticing Center, to the following:

Roland Robert Fink
711 Ne 48th Ave. Rd
Ocala, Fl  34470

Lance P. Cohen
Cohen & Thurston, PA
1912 Hamilton Street, Suite 206
Jacksonville, FL  32210

United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL  32801

                                                      */s/ Gordon P. Jones*
                                                      Trustee