UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                          Case No: 17-00426-3G7

ROLAND ROBERT FINK

                                                   Debtor(s)./

### NOTICE OF RESCHEDULED RULE 2004 EXAMINATION

PLEASE TAKE NOTICE that the Rule 2004 Examination of the Debtor scheduled to take place on Monday, April 24, 2017 at 1:00 p.m. has been rescheduled to **Monday, May 22, 2017 at 12:00 p.m.** in the Video Conference Room, 1st Floor, 207 NW 2nd Street, Ocala, Florida 34475.

Dated: April 7, 2017

                                                   */s/ Gordon P. Jones*
                                                   Gordon P. Jones
                                                   Florida Bar No.: 829439
                                                   Post Office Box 600459
                                                   Jacksonville, FL  32201
                                                   (904) 262-7373
                                                   Trustee

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 7th day of April, 2017 or electronically by the Bankruptcy Noticing Center, to the following:

Roland Robert Fink
711 Ne 48th Ave. Rd
Ocala, Fl  34470

Lance P. Cohen
Cohen & Thurston, PA
1912 Hamilton Street, Suite 206
Jacksonville, FL  32210

United States Trustee
400 W. Washington St., Ste. 1100
Orlando, FL  32801

                                                 */s/ Gordon P. Jones*
                                                   Trustee